UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NANCY SPIEGLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 4:01cv0075AS |
| EDWARD HULL, HERB NEWKIRK and BERNARD JOHNSON, | ) |
| Defendants. | ) |

# *MEMORANDUM*

Counsel may want to consult Moser v. Indiana Department of Corrections, No. 04-1130, 7th Circuit, decided May 5, 2005.

**SO ORDERED**.

**DATED:** May 9, 2005

s/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**